

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00274-CV

IN THE INTEREST OF N.U.R. AND E.R., CHILDREN

On Appeal from County Court at Law Number 2
Randall County, Texas
Trial Court No. 84052-L2, Honorable Matthew Martindale, Presiding

January 6, 2026

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Pending before this Court is Appellant, I.C.'s, *Motion to Dismiss Appeal* by which she represents she no longer wishes to pursue an appeal from the trial court's order in the underlying suit affecting the parent-child relationship. The motion is signed by I.C. and her attorney.

As no opinion of this Court has been delivered, I.C.'s motion is granted, and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). No motion for rehearing will be entertained and our mandate will issue forthwith.

Alex Yarbrough
Justice